FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 18 2020

MITCHELL R. ELFERS
CLERK

20cv585-MV-JHR

6-13-20

# District Court

With all due respect, I am writing to the court to ask for my release based on the following reasons.

The federal law states that the maximum statutory penalties for illegal entry is two years w/o criminal history like myself. I don't have any felonies on my record. In wich 85 percent is to be realized. I have now to date been in custody for well over two years. What is being done to me is impermissible under the Constitution of the United States of America, and not to mention illegal. Also illegal was to have denied me right to due process, wich at the same time violated my human rights under the 5th and 14th amendment. In addition, I have been deprived of a speedy trial and my right under the 7th amendment to appear before a public jury. In conclusion, the 8th amendment and the equal clause were violated by giving me excessive and cruel punishment. Also having conspired against my rights trying to intimidate me to renounce my rights to deport me without having to answer to the law for all the emotional and psychological pain I have suffered while under custody for all the discriminating and racist behavior. By ignoring all the proof I submitted for a faster resolution of my case.

I now ask that the honorable court respect respect my civil rights and set me free because I have U.S citizen children at home suffering because of my incarcellation. This is my last attemp for Justice before bringing my case to the A.C.L.U and to the public via local and nation wide press so they can see the injustice being done to me. May god bless.

Sincerely, Antonio Munez



[Scanned envelope image: FOREVER/USA stamp; return address "Antonio Muñoz Gonzales" with illegible address lines in El Paso/West Texas area; addressed to "Clerk of the District Court, Albuquerque New Mexico, 123 [illegible] Blvd NW, 87102"; postmark "RIO GRANDE DISTRICT"; barcode "87102-227299"; marked "LEGAL MAIL".]